# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 15-1131** | **September Term, 2015** |
| | **TRAN-80FR26644** |
| | **Filed On: October 16, 2015** [1578367] |

American Petroleum Institute,

      Petitioner

   v.

United States of America, et al.,

      Respondents

------------------------------

Growth Energy,
               Intervenor
------------------------------

Consolidated with 15-1132, 15-1182, 15-1194, 15-1195, 15-1199

**O R D E R**

    Upon consideration of the unopposed motion for extension of time to file proposed briefing formats, it is

    **ORDERED** that the motion be granted.  The briefing proposals are now due November 23, 2015.

                             **FOR THE COURT:**
                             Mark J. Langer, Clerk

               BY:    /s/
                             Mark A. Butler
                             Deputy Clerk