# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-1131**                                                    **September Term, 2015**

**TRAN-80FR26644**

**Filed On:** November 23, 2015

American Petroleum Institute,

        Petitioner

    v.

United States of America, et al.,

        Respondents

------------------------------

Growth Energy,

        Intervenor

------------------------------

Consolidated with 15-1132, 15-1182,
15-1194, 15-1195, 15-1199, 15-1415

## O R D E R

It is **ORDERED**, on the court's own motion, that case No. 15-1415 be consolidated with case Nos. 15-1131, et al.  The proposed formats for briefing deadline established in the October 16, 2015 order remains in effect.

                       **FOR THE COURT:**
                       Mark J. Langer, Clerk

             BY:    /s/
                     Amy Yacisin
                     Deputy Clerk