# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 15-1131**  September Term, 2015

TRAN-80FR26644

Filed On: March 21, 2016 [1604766]

American Petroleum Institute,

    Petitioner

    v.

United States of America, et al.,

    Respondents

------------------------------

Growth Energy, et al.,
    Intervenors

------------------------------

Consolidated with 15-1132, 15-1194, 15-1415

# O R D E R

Upon consideration of respondents' motion to govern further proceedings, it is

**ORDERED** that the motion be granted, and respondents' response to the petitioners' motions to govern is deemed timely filed on March 15, 2016.

            **FOR THE COURT:**
            Mark J. Langer, Clerk

    BY:    /s/
            Mark A. Butler
            Deputy Clerk